**Joel David JOSEPH, Plaintiff-Appellant,**

**v.**

**COSTCO WHOLESALE CORPORATION, Defendant-Appellee,**

and

**Apotex Corporation, Defendant.**

**No. 16-55370**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed May 31, 2017

Joel David Joseph, Pro Se

Cheryl Stephanie Chang, Esquire, Blank Rome LLP, Los Angeles, CA, Trenton H. Norris, Esquire, Attorney, Arnold & Porter Kaye Scholer LLP, San Francisco, CA, for Defendant-Appellee

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**MEMORANDUM** \*\*

Joel David Joseph appeals pro se from district court's summary judgment in his diversity action alleging claims under California's Unfair Competition Law ("UCL") in connection with the labeling of a prescription drug. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Daniel v. Ford Motor Co.*, 806 F.3d 1217, 1221 (9th Cir. 2015). We affirm.

The district court properly granted summary judgment on Joseph's UCL claims because Joseph failed to raise a genuine dispute of material fact as to whether he relied on the absence of a country of origin marking before purchasing atorvastatin from defendant Costco. *See* Cal. Bus. & Prof. Code § 17204 (standing under the UCL requires plaintiff's injury to occur "as a result of" defendant's misconduct); *Kwikset Corp. v. Superior Court*, 51 Cal.4th 310, 120 Cal.Rptr.3d 741, 246 P.3d 877, 885-88 (2011) (to bring a claim under the UCL, a plaintiff must have economic injury caused by the defendant's unfair business practice); *see also Daniel*, 806 F.3d at 1225 ("To prove reliance on an omission, a plaintiff must show that the defendant's nondisclosure was an immediate cause of the plaintiff's injury-producing conduct.").

We do not consider documents and facts not presented to the district court. *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990) ("Documents or facts not presented to the district court are not part of the record on appeal.").

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.